# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156272

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FREDDIE LEE NELSON,
      Defendant-Appellant.

SC: 156272
COA: 336861
Berrien CC: 2015-001142-FC

_____/

      On order of the Court, the application for leave to appeal the June 16, 2017 order of the Court of Appeals is considered. We DIRECT the Berrien County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2018



Clerk

a0228